SANDY CROSS GIN COMPANY *v.* DOVE.

FISH, C. J. No complaint was made that any error of law was committed upon the trial. There was evidence to authorize the verdict; and the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur.*<br>MAY 15, 1913.

Action for damages. Before Judge Meadow. Franklin superior court. January 24, 1912.

*George L. Goode,* for plaintiff in error.
*J. C. Little* and *W. R. Little,* contra.